■ In the Matter of KEITH COX, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [933 NYS2d 630]—

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Centra, Green and Gorski, JJ.